IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CRISTIAN GUADALUPE MEJIA HERNANDEZ,

*Petitioner*,

v.

JOSEPH SIMON, *et al.*,

*Respondents*.

Case No. 1:26-cv-02564 (MSN/LRV)

**ORDER**

Upon consideration of Federal Respondents' Second Consent Motion for Extension of Time to comply with this Court's Order requiring Petitioner's return to the Eastern District of Virginia by Friday, August 21, 2026, at 5:00 P.M. (Dkt. 9), the Motion is GRANTED, and it is hereby

**ORDERED that Petitioner be returned to the Eastern District of Virginia by Saturday, August 22, 2026, at 5:00 P.M.**

IT IS SO ORDERED.

/s/
Michael S. Nachmanoff
United States District Judge

Dated: 8/21/26